ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
MAY - 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>ANGELA S PEDRAZA<br><br>Debtor | Chapter 13<br><br>Case No. 05-59634 ASW<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2489546 for an unclaimed dividend in the amount of $6.15. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ANGELA S PEDRAZA
663 BRONTE AVE
WATSONVILLE, CA 95076

Dated: May 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 05-59634   Doc# 40   Filed: 05/05/11   Entered: 05/13/11 15:30:26   Page 1 of 1

05-59634 ASW - Notice of Unclaimed Dividend